FILED

NOV 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30336 |
| Plaintiff - Appellee, | D.C. No. 1:10-cr-00135-DWM |
| v. | |
| JOSEPH DEAN LIRA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Joseph Dean Lira appeals from the district court's judgment and challenges

the 322-month sentence imposed on resentencing following his jury-trial

convictions for possession with intent to distribute, and distribution of,

methamphetamine, and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1),

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and 18 U.S.C. § 2; and using or carrying and possession of firearms during and in relation to and in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Lira contends that his sentence is substantively unreasonable because it fails to account for his social background, including his drug addiction, and his post-sentencing conduct. The district court did not abuse its discretion in imposing Lira's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The within-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Lira's violent conduct. *See id.*

**AFFIRMED.**